

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00397-CV

Interest of **D.S.A.**, S.D.A., and S.A.A., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM506191
Honorable Eric Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for proceedings consistent with this opinion.

SIGNED June 10, 2015.

_____
Karen Angelini, Justice